# United States District Court
### EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 5:15CR17(1) |
| | § | |
| JITENDRA HARISH RAJPAL | § | |

### ORDER ADOPTING
### THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

      The above-styled matter was referred to the Honorable Caroline M. Craven, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure.  Judge Craven conducted a hearing on July 12, 2017  in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued a Report and Recommendation (document # 116).  Judge Craven recommended that the Court accept Defendant's guilty plea and conditionally approve the plea agreement.  She  further recommended that the Court finally adjudge Defendant as guilty of  Count 1 of the Indictment which charges a violation of 18 U.S.C. § 1349, conspiracy to commit bank fraud.   The Court is of the opinion that the Report and Recommendation should be accepted.  It is accordingly **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (document # 116) is **ADOPTED.** It is further

      **ORDERED** that the Defendant's guilty plea is accepted and approved by the Court.  Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence report.  It is finally

      **ORDERED**  that, pursuant to the Defendant's plea agreement, the Court finds the Defendant **GUILTY** of Count 1  of the Indictment in the above-numbered cause and enters a  **JUDGMENT**

**OF GUILTY** against the Defendant as to Count 1 of the Indictment.

    **SIGNED this 28th day of July, 2017.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE